UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

JEROLD PIERCE,

        Plaintiff(s),

v.

99 CENTS ONLY STORES LLC, a California Limited Liability Company; DOES I-V; and ROE CORPORATIONS II-V, inclusive,

        Defendant(s).

2:22-cv-00217-GMN-VCF

**ORDER**

Before me is the motion to withdraw as plaintiff's counsel (ECF No. 12).

Accordingly,

I ORDER that an in-person hearing on the motion to withdraw as plaintiff's counsel (ECF No. 12) is scheduled for 10:00 AM, May 31, 2022, in Courtroom 3D.

I FURTHER ORDER that Jerold Pierce must be present at the hearing.

The Clerk of Court is directed to mail a copy of this order to the following address:

Jerold Pierce
1940 Boulder Highway, Space #9
Henderson, NV 89011

DATED this 9th day of May 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

1