UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JEROLD PIERCE,<br><br>  Plaintiff,<br>v.<br><br>99 CENTS ONLY STORES LLC, A CALIFORNIA LIMITED LIABILITY COMPANY; DOES I-V; AND ROE CORPORATIONS II-V,INCLUSIVE , *et al.*,<br><br>  Defendants. | Case No. 2:22-cv-00217-ART-VCF<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION (ECF No. 28) |

Before the Court is the Report and Recommendation ("R&R" or "Recommendation") of United States Magistrate Judge Cam Ferenbach (ECF No. 28), recommending the case be dismissed for failure to comply with Court Orders (ECF No. 21, 24) and for failure to prosecute. Plaintiff had until November 1, 2022 to file an objection. To date, no objection to the R&R has been filed. For this reason, and as explained below, the Court adopts the R&R, and will dismiss the case for failure to prosecute.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Where a party fails to object to a magistrate judge's recommendation, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *see also United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations.") (emphasis in original); Fed. R. Civ. P. 72, Advisory Committee Notes (1983) (providing that

the Court "need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.")

Because there is no objection, the Court need not conduct de novo review, and is satisfied Judge Ferenbach did not clearly err. Here, Judge Ferenbach recommends this case be dismissed for failure to comply with Court Orders (ECF Nos. 21, 24) and for failure to prosecute. The court has held several hearings and given Plaintiff ample opportunity to prosecute this case, but Plaintiff Pierce failed to appear at an in-person hearing and failed to update his address. (ECF No. 28 at 2-3).

The Court agrees with Judge Ferenbach. Having reviewed the R&R and the record in this case, the Court will adopt the R&R in full.

It is therefore ordered that Judge Ferenbach Report and Recommendation (ECF No. 6) is accepted and adopted in full.

It is further ordered that this case is dismissed for failure to comply with Court Orders (ECF Nos. 21, 24) and for failure to prosecute.

It is further ordered that Defendant's Motion for Summary Judgment (ECF No. 32) is moot.

The Clerk of Court is respectfully directed to enter judgment and close this case.

DATED THIS 3rd Day of April, 2023.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

2