AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

JEROLD PIERCE,

        Plaintiff,

v.

99 CENTS ONLY STORES, LLC, *et al.,*

        Defendant(s).

JUDGMENT

Case Number:   2:22-cv-00217-ART-VCF

___   **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this case is **dismissed** for failure to comply with Court Orders (ECF Nos. 21, 24) and for failure to prosecute.
    **IT IS FURTHER ORDERED** that Defendant's Motion for Summary Judgment (ECF No. 32) is **moot.**
    **IT IS FURTHER ORDERED** that judgment is hereby entered accordingly and this case is closed.

Date: April 3, 2023

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*